IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JACK BATAOEL and | ) | No.  11 B  29784 |
| JO ANN BATAOEL | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

**ORDER AUTHORIZING ALLOWANCE AND PAYMENT
OF FIRST AND FINAL COMPENSATION TO COUNSEL FOR DEBTORS**

This cause coming on to be heard on First and Final Application of Counsel for the Debtor for Allowance and Payment of Compensation, due notice having been given and the Court being advised in the premises it is hereby Order that

A. Fees are allowed and payment is authorized to Erica Crohn Minchella in the amount of $17,932.00 for work done in connection with the filing, general management, addressing issues with Wells Fargo obtaining of approval of the Disclosure Statement and Confirmation of the Plan with a credit given for the $10,000 retainer received by Erica Crohn Minchella;

B. Costs are allowed in the amount of $921 for costs incurred in the representation of Debtors during these proceedings.

C. Fees are allowed and payment is authorized to Erica Crohn Minchella in the amount of $1,250 for drafting and bringing this motion and costs in the amount of $102.00.

ENTERED:

_____
Bankruptcy Judge

Prepared by
Erica Crohn Minchella
ARDC NO. 6180610
ERICA CROHN MINCHELLA, LTD.
7538 St. Louis Ave.
Skokie, IL 60076
847 677 6772