IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JACK BATAOEL and | ) | No.  11 B  29784 |
| JO ANN BATAOEL | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

MOTION FOR FINAL DECREE

Now come the Debtors, Jack Bataoel and JoAnn Bataoel, by and through their attorneys, MINCHELLA & ASSOCIATES, LTD., and in support of their motion, state as follows,

1. The Order Confirming the Plan of Reorganization was entered in this proceeding on July 25, 2012.

2. With payment to Wells Fargo of $   and $ on each of two loans, and the first installment of payments to unsecured creditors as shown in the attached Exhibit "A", the Debtors have substantially consummated their Plan.

3. 11 U.S.C. §1141 (d)(1) provides that "Except as otherwise provided in this subsection, in the plan, or in the order confirmation the plan, the confirmation of a plan (A) discharges the debtor from any debt that arose before the date of such confirmation…"

4. The Debtors' Plan, at Article 2, provided for the discharge of the unpaid balance of the Debtors' pre-petition obligations.

5. Bankruptcy Rule 3022 provides that after an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

WHEREFORE, Jack and JoAnn Bataoel pray for the entry of a Final Decree and an Order closing this case and for such further relief as the Court deems fair and equitable.

                                            Respectfully submitted,
                                            Jack and JoAnn Bataoel


                                            By: /s/ Erica Crohn Minchella
                                                One of their attorneys

Erica Crohn Minchella
Attorney No. 610618
Whitney Barry
MINCHELLA & ASSOCIATES, LTD.
7538 St Louis Ave.
Skokie, IL 60076
847 677 6772

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JACK BATAOEL and | ) | No. 11 B 29784 |
| JO ANN BATAOEL | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

NOTICE OF MOTION

To: See Attached Service List

PLEASE TAKE NOTICE that on the 24th day of September, 2012, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR**, Bankruptcy Judge, in Courtroom No. 613, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion for Final Decree**, at which time and place you may appear, if you so see fit.

/s/ ERICA CROHN MINCHELLAL
ERICA CROHN MINCHELLA
7538 St. Louis Ave
Skokie, IL 60076
847.677.6772

STATE OF ILLINOIS )
                ) SS
COUNTY OF COOK )

       ERICA CROHN MINCHELLA, duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto directed to the persons shown above, via the electronic filing system established by the United States Bankruptcy Court, this 11th day of September, 2012.

/s/ ERICA CROHN MINCHELLA