1. CANDICA, LLC  (U.S. AIRWAYS - BARCLAYSBANK)           $ 31.25 - 222?
2. CANDICA, LLC  (U.S. AIRWAYS - BARCLAYS BANK)          $ 144.70 - 222?
3. CITI BANK, N.A.  (HOME DEPOT)                         $ 4.07 - 222?
4. ELAN FINANCIAL SERVICES (HARTLAND BANK & TRUST CO.)   $ 86.22 - 2225
5. DISCOVER CARD                                         $ 46.99 - 2226
6. DISCOVER CARD                                         $ 23.13 - 2227
7. FIA CARD SERVICES, NA. (BANK OF AMERICA)              $ 95.25 - 2228
8. CAPITOL ONE BANK                                      $ 86.17 - 2229
9. SIMMONS FIRST NATIONAL BANK                           $ 30.53 - 2230

Paid & Mailed       — Proof of Mailing
8-28-2012              attached!

Jack & JoAnn Batavel

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: JACK + JOANN BATAOEL
5023 N. MERRIMAC AV.
CHICAGO, IL. 60630

To: CANDICA, LLC
c/o WEINSTEIN AND RILEY, PS
P.O. BOX 3978
SEATTLE, WA. 98124-3978

$1.15  U.S. POSTAGE PAID CHICAGO, IL 60630 AUG 28, 12  AMOUNT 00065149-01

PS Form 3817, April 2007 PSN 7530-02-000-9065

2 ACCOUNTS IN ENVELOPE MAILED! →

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: JACK + JOANN BATAOEL
5023 N. MERRIMAC AV.
CHICAGO, IL. 60630

To: CITIBANK, N.A.
4740 121ST STREET
URBANDALE, IA. 50323

$1.15  U.S. POSTAGE PAID CHICAGO, IL 60630 AUG 28, 12  AMOUNT 00065149-01

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: JACK + JOANN BATAOEL
5023 N. MERRIMAC AV.
CHICAGO, IL. 60630

To: ELAN FINANCIAL SERVICES
P.O. BOX 5229
CINCINNATI, OH. 42501

$1.15  U.S. POSTAGE PAID CHICAGO, IL 60630 AUG 28, 12  AMOUNT 00065149-01

PS Form 3817, April 2007 PSN 7530-02-000-9065

**USPS Certificate Of Mailing**

2 ACCOUNTS IN ENVELOPE MAILED!

From: Jack & Joann Bataoel
5023 N. Merrimac Av.
Chicago, IL. 60630

To: Discover Card
DB Servicing Corp.
P.O. Box 3025
New Albany, OH 43054-3025

Postmark: Chicago, IL 60630, Aug 28, 2012, $1.15

---

**USPS Certificate Of Mailing**

From: Jack & Joann Bataoel
5023 N. Merrimac Av.
Chicago, IL. 60630

To: FIA Card Services
P.O. Box 15102
Wilmington, DE 19886-5102

Postmark: Chicago, IL 60630, Aug 28, 2012, $1.15

---

**USPS Certificate Of Mailing**

From: Jack & Joann Bataoel
5023 N. Merrimac Av.
Chicago, IL. 60630

To: Capitol One Bank, N.A.
American Info Source LP
P.O. Box 71083
Charlotte, N.C. 28272-1083

Postmark: Chicago, IL 60630, Aug 28, 2012, $1.15



**UNITED STATES POSTAL SERVICE** — **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Jack & JoAnn Bataoel
5023 N. Merrimac Av.
Chicago, IL. 60630

To: Simmons First Natl. Bank
P.O. Box 7836
Pine Bluff, A.R.
71611-9902

AUG 28 2012

U.S. POSTAGE PAID CHICAGO, IL 60630 AUG 28, 12 AMOUNT $1.15 00065149-01

PS Form 3817, April 2007 PSN 7530-02-000-9065

```
Issue PVI:                          $0.45

Certificate    1    $1.15           $1.15
of Mailing
URBANDALE IA 50323                  $0.45
Zone-3 First-Class
Letter
 0.40 oz.
                              ========
   Issue PVI:                       $0.45

Certificate    1    $1.15           $1.15
of Mailing
SEATTLE WA 98124                    $0.45
Zone-7 First-Class
Letter
 0.90 oz.
                              ========
   Issue PVI:                       $0.45

                              ==========
Total:                             $11.20

Paid by:
Cash                              $12.00
Change Due:                        -$0.80
**********************************
**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
**********************************
**********************************


Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
**********************************
**********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**********************************
**********************************


Bill#:1000100834737
Clerk:01

All sales final on stamps and postage
  Refunds for guaranteed services only
        Thank you for your business
**********************************
**********************************
     HELP US SERVE YOU BETTER

            Go to:
    https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE
```

```
========================================
         JEFFERSON PARK STATION
            CHICAGO, Illinois
               606303404
              1615420301-0099
   08/28/2012 (773)736-1672 10:57:51 AM
========================================
========= Sales Receipt =========
Product            Sale  Unit     Final
Description        Qty   Price    Price
=================================

NEW ALBANY OH 43054                 $0.45
Zone-3 First-Class
Letter
 0.60 oz.
                              ========
   Issue PVI:                       $0.45

Certificate    1    $1.15           $1.15
of Mailing
Certificate    1    $1.15           $1.15
of Mailing
WILMINGTON DE 19886                 $0.45
Zone-5 First-Class
Letter
 0.30 oz.
                              ========
   Issue PVI:                       $0.45

Certificate    1    $1.15           $1.15
of Mailing
CHARLOTTE NC 28272                  $0.45
Zone-4 First-Class
Letter
 0.50 oz.
                              ========
   Issue PVI:                       $0.45

Certificate    1    $1.15           $1.15
of Mailing
PINE BLUFF AR 71611                 $0.45
Zone-4 First-Class
Letter
 0.40 oz.
                              ========
   Issue PVI:                       $0.45

Certificate    1    $1.15           $1.15
of Mailing
CINCINNATI OH 45201                 $0.45
Zone-3 First-Class
Letter
 0.40 oz.
```