IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JACK BATAOEL and | ) | No. 11 B 29784 |
| JO ANN BATAOEL | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

ORDER ~~OF~~ FINAL DECREE [handwritten: DENYING WITHOUT PREJUDICE MOTION FOR] AND DIRECTING CLERK TO CLOSE CASE

This cause coming on to be heard on Motion for the entry of a Final Decree, Discharge and Closing of these proceedings, due notice having been given and the Court being advised in the premises, IT IS HEREBY ORDERED that:

1. [handwritten: The motion for] Final Decree is ~~hereby entered in this proceeding;~~ [handwritten: denied without prejudice.]

2. [handwritten: see] ~~The Debtors are discharged of all debts that they are not otherwise obligated to pay under their Chapter 11 Plan of Reorganization;~~

3. The clerk of the Court is directed to Closed this case~~; and~~

4. [handwritten: see] ~~The Court shall retain jurisdiction over payments and obligations under the Plan of Reorganization.~~

ENTERED:

Date: 24 SEP 2012

By: _____
U.S. Bankruptcy Judge

Prepared by:
Erica Crohn Minchella
Attorney No. 610618
MINCHELLA & ASSOCIATES, LTD.
7538 St Louis Ave.
Skokie, IL 60076
847 677 6772