IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JACK BATAOEL and | ) | No. 11 B 29784 |
| JO ANN BATAOEL | ) | |
| Debtors. | ) | Judge A. Benjamin Goldgar |

### ORDER AUTHORIZING ALLOWANCE AND PAYMENT
### OF FIRST AND FINAL COMPENSATION TO COUNSEL FOR DEBTORS

This cause coming on to be heard on First and Final Application of Counsel for

the Debtor for Allowance and Payment of Compensation, due notice having been given

and the Court being advised in the premises it is hereby Order that

A. Fees are allowed and payment is authorized to Erica Crohn Minchella in the

amount of $17,932.00 for work done in connection with the filing, general

management, addressing issues with Wells Fargo obtaining of approval of the

Disclosure Statement and Confirmation of the Plan with a credit given for the

$10,000 retainer received by Erica Crohn Minchella;

B. Costs are allowed in the amount of $921 for costs incurred in the

representation of Debtors during these proceedings.

C. Fees are allowed and payment is authorized to Erica Crohn Minchella in the

amount of $1,250 for drafting and bringing this motion and costs in the

amount of $102.00.

ENTERED:

2 4 SEP 2012

_____
Bankruptcy Judge

11-29784:177.0:Proposed Order:Main Document Entered: 9/5/2012 12:23:20 PM by:Erica Minchella Page 2 of 2

Prepared by
Erica Crohn Minchella
ARDC NO. 6180610
ERICA CROHN MINCHELLA, LTD.
7538 St. Louis Ave.
Skokie, IL 60076
847 677 6772